FILED
2016 Feb-25  PM 03:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SARAGRACE ROCKETT, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No.  2:14-cv-01591-VEH |
| ) | |
| COMMISSIONER, SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant ) | |

### **MEMORANDUM OPINION**

On February 10, 2016, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge.  On February 24, 2016, defendant filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and defendant's objections, the court hereby ADOPTS the report of the magistrate judge.  The court further ACCEPTS the recommendations of the magistrate judge that the decision of the Commissioner be reversed and the

case remanded to the Commissioner with instructions to award benefits to the plaintiff.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 25th day of February, 2016.

                                            **VIRGINIA EMERSON HOPKINS**
                                            United States District Judge